United States District Court
Southern District of Texas
ENTERED

JUN − 4 2010

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOE HERNANDEZ, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10-79 |
| | § | |
| CITY OF SAN BENITO, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

BE IT REMEMBERED, that on June __4__, 2010, the Court **STRUCK** Plaintiff's Order Setting Hearing. Dkt. No. 10.

Plaintiff's proposed order sets a hearing on a motion for a preliminary injunction. *See* Dkt. No. 10 at 1. No party has made such a motion, and if Plaintiff's proposed order is to be construed as a motion, it is not acompanied by authority and lacks a certificate of conference as required by Local Rule 7.1 of this Court.

WHEREFORE, the Court **ORDERS** Plaintiff's Order Setting Hearing, Dkt. No. 10, **STRUCK**. The Court **GRANTS** Plaintiff leave to refile this order as a Motion for Preliminary Injunction in proper form no later than June 9, 2010. Any such motion must be supported by authority and explain specifically why Plaintiff meets each of the four elements required for a preliminary injunction. *See, e.g.,* Bluefield Water Ass'n, Inc. v. City of Starkville, 577 F.3d 250, 250 (5th Cir. 2009).

DONE at  Brownsville, Texas, on June ____, 2010.

_____
Hilda G. Tagle
United States District Judge